IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | CIVIL ACTION NO. 1:09-cv-00027 |
| Plaintiff, | ) ) | COMPLAINT |
| v. | ) ) | |
| T-N-T CARPORTS, INC. | ) ) | **JURY TRIAL DEMAND** |
| Defendant. | ) ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of religion, and to provide appropriate relief to Brenda Thompson who was adversely affected by such practices. The Equal Employment Opportunity Commission (the "Commission") alleges that T-N-T Carports, Inc. ("Defendant") discriminated against Thompson by subjecting her to a hostile work environment based on her religion, Christian.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §

2000e–5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of North Carolina.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII of the Civil Rights Act of 1964, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant T-N-T Carports, Inc. ("Defendant"), has continuously been a North Carolina corporation, doing business in the State of North Carolina and the City of Mount Airy, and has continuously had at least fifteen employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Brenda Thompson filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From around fall 2006 until around April 2007, Defendant engaged in unlawful employment practices at its headquarters and main manufacturing facility in Mount Airy, North Carolina, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1). Specifically, Defendant subjected Brenda Thompson to unwelcome comments and conduct that created a hostile work environment based on her religion, Christian. The complained of comments and conduct were perpetrated by several of Thompson's co-workers who made constant derogatory remarks to her or in her presence, about her church and religious beliefs, and engaged in other conduct aimed at harassing Thompson and denigrating her religion. The derogatory remarks included references to Thompson's church as a "cult," and to Thompson as a "devil worshipper." The conduct was severe or pervasive. Thompson complained multiple times to her supervisors about the harassment, however, Defendant failed to take effective action to prevent further harassment.

8. The effect of the practices complained of in paragraph 7 has been to deprive Brenda Thompson of equal employment opportunities and otherwise adversely affect her status as an employee because of her religion, Christian.

9. The unlawful employment practices complained of in paragraph 7 were intentional.

10. The unlawful employment practices complained of in paragraph 7 were done with malice or with reckless indifference to the federally protected rights of Brenda Thompson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from maintaining or failing to remedy a hostile work environment based on religion, and from any other employment practice which discriminates on the basis of religion.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees regardless of their religion, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Brenda Thompson by providing compensation for past and future pecuniary losses resulting from unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

D. Order Defendant to make whole Brenda Thompson by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7, including emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem, and loss of civil rights, in amounts to be determined at trial.

E. Order Defendant to pay Brenda Thompson punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its Complaint.

This 12th day of January, 2009.

        Respectfully submitted,

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street, N.W.
        Washington, D.C. 20507

        s/ Lynette A. Barnes
        LYNETTE A. BARNES (NC Bar # 19732)
        Regional Attorney

        TINA M. BURNSIDE
        Supervisory Trial Attorney

        s/ Darryl L. Edwards
        DARRYL L. EDWARDS (PA Bar # 205906)
        Trial Attorney
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Charlotte District Office
        129 West Trade Street, Suite 400
        Charlotte, North Carolina 28202
        (704) 344-6875 (Direct Dial)
        (704) 344-6870 (Facsimile)
        darryl.edwards@eeoc.gov

        **ATTORNEYS FOR PLAINTIFF**