IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
 )
        **Plaintiff,** )
 )
   **v.** )    1:09CV27
 )
T-N-T CARPORTS, INC., )
 )
        **Defendant.** )

**ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter came before the Court on December 7, 2009, for oral argument on Defendant's Rule 12(b)(6) motion to dismiss. (Docket No. 4.) After hearing the argument of counsel, and for reasons announced in open court, the court found Plaintiff's complaint to meet, albeit minimally, the "plausibility" pleading standard of *Ashcroft v. Iqbal*, 556 U.S. ___, 129 S. Ct. 1937 (2009). Accordingly, **IT IS RECOMMENDED** that the motion to dismiss be denied. Additionally, the Court **APPROVED AND ADOPTED** the Joint 26(f) Report submitted by the parties (Docket No. 16), corrected with respect to a scrivener's error as to the name of the Defendant.

This the  8th  day of December, 2009.

                                                        /s/ P. Trevor Sharp
                                        United States Magistrate Judge