IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                   )
                              )
            Plaintiff,        )
                              )        1:09CV27
      v.                      )
                              )
T-N-T CARPORTS, INC.,         )
                              )
            Defendant.        )

**ORDER**

On December 7, 2009, a hearing was held before United States Magistrate Judge P. Trevor Sharp on Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 4.) On December 8, 2009, the United States Magistrate Judge's Order and Recommended Ruling was filed, and notice was served on the parties pursuant to 28 USC § 636(b). The Defendant filed objections within the time prescribed by the statute (Doc. 20, 21), Plaintiff responded (Doc. 23), and Defendant filed a reply (Doc. 24).

The court has reviewed those portions of the Magistrate Judge's Recommendation to which objections have been made and

has conducted a *de novo* determination.  The court agrees with the Magistrate Judge's Recommendation, which is hereby adopted.[1]

IT IS THEREFORE ORDERED that the motion to dismiss of Defendant T-N-T Carports, Inc., (Doc. 4) is DENIED.

                                                /s/   Thomas D. Schroeder
                                               United States District Judge
February 24, 2010

---

[1] The issue here is an extremely close one.  While each case is decided on its own facts, the court underscores the Magistrate Judge's observation that the complaint in this case "is probably about as minimal a statement as could satisfy Iqbal," referring to Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009).  (Doc. 21, Ex. 2 at 44.)

2

Case 1:09-cv-00027-CCE-PTS   Document 25   Filed 02/25/10   Page 2 of 2